# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: LINDA SEIDEL, | : |
| | : |
| | : |
| Debtor, | : |
| | : Case No. 2:10-mc-0035 |
| v. | : |
| | : |
| | : JUDGE ALGENON L. MARBLEY |
| MICHAEL W. WARREN, | : Magistrate Judge King |
| | : |
| Apellant. | : |

## ORDER

This matter now before the Court is the Appellant Michael W. Warren's *Emergency* Motion for Stay Pending Appeal and For Approval of Supersedeas Bond. Despite the Appellant's arguments to the contrary, pursuant to the local bankruptcy rules, the parties have 21 days in which to file a reply to this Motion.  Specifically, this Court finds that the U.S. Trustee, the standing Chapter 13 trustee, and the Debtor may wish to reply to this Motion and should be afforded adequate time to do so.

In addition, this Court finds that the Appellant failed to request an expedited hearing when filing this motion as required by the local bankruptcy rules. R.L.B.R. 9073-1.

For the reasons stated above, this Court **DENIES** Appellant's *Emergency* Motion for Stay Pending Appeal and For Approval of Supersedeas Bond.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATE: October 7, 2010**